AO 442 (Rev. 11/11) Arrest Warrant

FID 11385168

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
**JOSHUA LEE HERNANDEZ**
aka "ACE HERNANDEZ"

_Defendant_

Case: 1:22-cr-00042
Assigned to: Judge Cooper, Christopher R.
Assign Date: 2/9/2022
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Joshua Lee Hernandez

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 2/9/22

Robin M. Meriweather
2022.02.09 15:11:31
-05'00'

_Issuing officer's signature_

City and state: Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 2-9-22, and the person was arrested on _(date)_ 2-23-22
at _(city and state)_ Memphis, TN

Date: 2-23-22

_Arresting officer's signature_

Michael Saltzman FBI Agent
_Printed name and title_



ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

Shedelle Dorsett
Digitally signed by Shedelle Dorsett
Date: 2022.02.11 15:35:07
-05'00'