UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISIONAL OFFICE
CLIFFORD DAVIS/ODELL HORTON FEDERAL BUILDING
and UNITED STATES COURTHOUSE
167 N. MAIN STREET, ROOM 262
MEMPHIS, TENNESSEE 38103

| | |
|---|---|
| THOMAS M. GOULD, | WENDY OLIVER |
| CLERK OF COURT | CHIEF DEPUTY, MEMPHIS |

March 3, 2022

Clerk, U. S. District Court
District of Colombia

RE:   USA v.Joshua Hernandez
      Your Case #   1:22-cr-0004
      Our Case # **2:22-mj-00022-tmp**

Dear Clerk:

　　Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the District of Columbia and appeared before United States Magistrate Judge Annie T. Christoff on March 3, 2022.

[ ]   The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[ x ]   The defendant has been released on an <u>ROR Bond</u> and ordered to appear in your district on the following date:   <u>March 8,2022 at 1:00 pm via Zoom.</u>
.

All documents completed in this district may be accessed via PACER  and at our website at: https://ecf.tnwd.uscourts.gov.

　　　　　　　　　　　　　　　　　　　　Thank you,

　　　　　　　　　　　　　　　　　　　　THOMAS M. GOULD, CLERK

　　　　　　　　　　　　　　　　　　　　BY:   <u>s/ Annie T. Christoff</u>
　　　　　　　　　　　　　　　　　　　　Vallonda Pettway, Case Manager
　　　　　　　　　　　　　　　　　　　　(901) 495-1317

AO 442 (Rev. 11/11) Arrest Warrant

FID 11385168

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
**JOSHUA LEE HERNANDEZ**
aka "ACE HERNANDEZ"

Defendant

Case: 1:22-cr-00042
Assigned to: Judge Cooper, Christopher R.
Assign Date: 2/9/2022
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Lee Hernandez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 2/9/22

Robin M. Meriweather
2022.02.09 15:11:31
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2-9-22, and the person was arrested on *(date)* 2-23-22
at *(city and state)* Memphis, TN.

Date: 2-23-22

*Arresting officer's signature*

Michael Saltsman  FBI Agent
*Printed name and title*



ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

Shedelle Dorsett
Digitally signed by Shedelle Dorsett
Date: 2022.02.11 15:35:07
-05'00'

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| JOSHUA LEE HERNANDEZ, | : | 18 U.S.C. § 231(a)(3) |
| also known as "Ace Hernandez," | : | (Civil Disorder) |
| | : | 18 U.S.C. §§ 1512(c)(2) and 2 |
| Defendant. | : | (Obstruction of an Official Proceeding and |
| | : | Aiding and Abetting) |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(B) |
| | : | (Entering and Remaining in the Gallery of |
| | : | Congress) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia and elsewhere, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2), and 2)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, B.A., an officer from the United States Capitol Police, while such person was engaged in and on account

of the performance of official duties, and where the acts in violation of this section involve the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT SIX

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," did knowingly, engage in any act of physical

violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting.

    (**Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," willfully and knowingly entered and remained in the gallery of either House of Congress, without authorization to do so.

    (**Entering and Remaining in the Gallery of Congress**, in violation of Title 40, United States Code, Section 5104(e)(2)(B))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

    (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **JOSHUA LEE HERNANDEZ**, also known as "Ace Hernandez," willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*

Attorney of the United States in
and for the District of Columbia.

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                    Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America )
v. )
JOSHUA LEE HERNANDEZ )    Case No. 2:22-mj-0022-tmp
)
)
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. District Court, Western District of Tennessee, 167 N. Main St. Memphis, TN
*Place*

Magistrate Judge Annie T. Christoff via Teams

on                          3/3/2022 2:30 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
*Custodian*            *Date*

( ☑ ) (7) The defendant must:
  ( ☑ ) (a) submit to supervision by and report for supervision to the Pretrial Office
      telephone number 901-495-1550, no later than immediately upon release from custody.
  ( ☑ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☐ ) (d) surrender any passport to: _____
  ( ☐ ) (e) not obtain a passport or other international travel document.
  ( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: Defendant's is restricted in travel and residence to the Western District of Tennessee and District of Columbia without prior approval of the Pretrial Services office.
  ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ☐ ) (h) get medical or psychiatric treatment: as directed by Pretrial Services
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
    ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
      **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                         Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii) Voice Recognition; or
  ( ☐ ) (iii) Radio Frequency; or
  ( ☐ ) (iv) GPS.
( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
( ☐ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( ☐ ) (t) _____

AO 199C (Rev. 09/08) Advice of Penalties      Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Memphis, TN
_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   2/23/2022           s/Tu M. Pham
                                                   *Judicial Officer's Signature*

                                        TU M. PHAM, UNITED STATES MAGISTRATE JUDGE
                                                               *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
для the
Western District of Tennessee

| United States of America | ) |
| v. | ) |
| JOSHUA LEE HERNANDEZ | ) Case No. 2:22-mj-0022-tmp |
| | ) |
| _Defendant_ | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____JOSHUA LEE HERNANDEZ_____ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )     to appear for court proceedings;
    ( X )     if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)_:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 02/23/2022

*Defendant's signature*

_____  _____
Surety/property owner – printed name   Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name   Surety/property owner – signature and date

_____  _____
Surety/property owner – printed name   Surety/property owner – signature and date

### CLERK OF COURT

Date: 02/23/2022

s/Terry Haley
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 02/23/2022

s/Tu M. Pham
*Judge's signature*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                        2:22-mj-00022-tmp-1

**JOSHUA HERNANDEZ,**

# FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 40, FED.R.CRIM.P.

JOSHUA HERNANDEZ having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An ID/REMOVAL/ DETENTION on the Rule 40 Indictment from **WESTERN DISTRICT OF TENNESSEE** was held on Thursday, March **3, 2022.**

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **JOSHUA HERNANDEZ** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination has been held because the defendant elects to have the preliminary examination conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **JOSHUA HERNANDEZ** be held to answer in the district court in which the prosecution is pending.  Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this 3RD   day of January 2022.

s/ Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:22-mj-00022-tmp |
| JOSHUA LEE HERNANDEZ | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 1:22-cr-00042 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of COLUMBIA,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:   ☑ will retain an attorney.
                 ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 03/03/2022                                            s/ Annie T. Christoff
                                                            *Judge's signature*

                                                            ANNIE T. CHRISTOFF, U. S. MAGISTRATE JUDGE
                                                            *Printed name and title*

# U.S. District Court
## Western District of Tennessee (Memphis)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-00022-tmp All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: United States of America v. Hernandez | Date Filed: 02/23/2022 |
| Other court case number: 1:22-cr-00042 District of Columbia | |

Assigned to: Chief Magistrate Judge Tu M. Pham

**Defendant (1)**

**Joshua Lee Hernandez**
*also known as*
Ace Hernandez

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **United States of America** | represented by | **Elizabeth Jane Rogers** |
|---|---|---|
| | | US ATTORNEY'S OFFICE |
| | | 167 N. Main |
| | | Suite 800 |
| | | Memphis, TN 38103 |
| | | 901-544-4231 |
| | | Email: elizabeth.rogers@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

Email Attorneys, Primary Addresses
Email Attorneys, Primary and Secondary Addresses

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2022 | 1 | Out of District Arrest Warrant from the District of Columbia Returned Executed on 2/23/2022 as to Joshua Lee Hernandez. (Attachments: # 1 Indictment)(tlh) (Entered: 02/28/2022) |
| 02/23/2022 | 2 | Minute Entry for proceedings held before Chief Magistrate Judge Tu M. Pham: Initial Appearance in Rule 5 Proceedings as to Joshua Lee Hernandez (1) held on 2/23/2022. Defendant in custody and consents to video hearing. The Court read the charges to the defendant and advised him of his rights. Rule 5(f) addressed. Defendant to retain counsel. Government agrees to ROR bond. Order setting conditions of release entered. Identity/Removal Hearing set for **Thursday, 3/3/2022 at 2:30 PM via Teams** before Magistrate Judge Annie T. Christoff. (AUSA: E. Rogers)(Defense Counsel: none)(PTO: L. Dancy) (Tape #FTR/Zoom)(Per ADMIN. ORDER 2022-02) (tlh) (Entered: 02/28/2022) |
| 02/23/2022 | 3 | ORDER RE: CRIMINAL RULE 5(f) as to Joshua Lee Hernandez. Pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Chief Magistrate Judge Tu M. Pham on 2/23/2022. (Pham, Tu) (Entered: 02/28/2022) |
| 02/23/2022 | 4 | CJA 23 Financial Affidavit by Joshua Lee Hernandez. (tlh) (Entered: 02/28/2022) |
| 02/23/2022 | 5 | *SEALED* BAIL INFORMATION SHEET as to Joshua Lee Hernandez. (tlh) (Entered: 02/28/2022) |
| 02/23/2022 | 6 | ORDER Setting Conditions of Release as to Joshua Lee Hernandez (1); ROR Bond. Signed by Chief Magistrate Judge Tu M. Pham on 2/23/2022. (Pham, Tu) (Entered: 02/28/2022) |
| 02/23/2022 |  | (Court only) ***Staff Notes as to Joshua Lee Hernandez: Defendant's email address for video hearings: QETUOCB76@gmail.com (tlh) (Entered: 02/28/2022) |
| 03/01/2022 | 7 | PRETRIAL SERVICES REPORT as to Joshua Lee Hernandez. (Ashford, Marco) (Entered: 03/01/2022) |
| 03/03/2022 | 8 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: ID/Removal Hearing as to Joshua Lee Hernandez held on 3/3/2022. Elizabeth Rogers appeared for the Government. No Defense counsel present. Defendant NOT in custody and consented to appear via video. Defendant retained counsel out of the District of Columbia. Defendant waives his rights to a identity hearing and requests hearing be held in the District of Columbia. Defendant to remain on present Bond. Order of Removal entered. Commitment to Another District entered. This matter is held to the District of Columbia. (Tape #FTR.) (vup) (Entered: 03/03/2022) |
| 03/03/2022 | 9 | ORDER OF REMOVAL as to Joshua Lee Hernandez. Signed by Magistrate Judge Annie T. Christoff on 03/03/22. (Christoff, Annie) (Entered: 03/04/2022) |
| 03/03/2022 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Joshua Lee Hernandez. Defendant committed to District of District of Columbia.. Signed by Magistrate Judge Annie T. Christoff on 03/03/22. (Christoff, Annie) (Entered: 03/04/2022) |

| 03/03/2022 | [11](#) | RULE 5 LETTER as to JOSHUA HERNANDEZ. (vup) (Entered: 03/04/2022) |