NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                              Criminal Number   1:22-cr-00042-crc

Joshua Lee Hernandez
_____
(Defendant)

TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.  **AS CO-COUNSEL**

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA            ☒ RETAINED CO-COUNSEL            ☐ FEDERAL PUBLIC DEFENDER

/s/ MEL /S/
_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Morgan Leigh, Bar Number: 1011440
*(Attorney & Bar ID Number)*

Scrofano Law PC
*(Firm Name)*

600 F St NW, Suite 300
*(Street Address)*

Washington           DC           20004
*(City)*          *(State)*          *(Zip)*

202-870-0889
*(Telephone Number)*