UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-cr-42 (CRC) |
| : | |
| JOSHUA LEE HERNANDEZ : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and defense counsel in relation to the government's sentencing memorandum (ECF No. 32). The government provided Court and defense counsel five video exhibits via USAFx on January 26, 2023. Exhibit One is a video recorded by Joshua Hernandez on his cellphone. Exhibits Two and Three are videos from other rioters at the Memorial Doors on January 6, 2021. Exhibits Four and Five are CCTV footage from the Memorial Doors on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Brian Brady*
Brian Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov