UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

    v.     :      No. 22-cr-42 (CRC)

JOSHUA HERNANDEZ     :

**DEFENDANT'S MOTION TO TRAVEL**

    Mr. Joshua Hernandez, through undersigned counsel, respectfully moves this Honorable Court to order the Probation Office to allow him to travel to Missouri to visit his family from Friday, September 6 to Friday, September 13, 2024.

    On November 2, 2022, Mr. Hernandez entered a guilty plea to one count of civil disorder pursuant to 18 U.S.C. § 231(a)(3) and one count of assaulting, resisting, or impeding certain officers pursuant to 18 U.S.C. § 111(a)(1). Both counts arose from his actions on January 6, 2021. On February 2, 2023, Mr. Hernandez was sentenced to 24 months' incarceration followed by 36 months' supervised release. The Court permitted Mr. Hernandez to self-surrender to the Bureau of Prisons over the government's objection so that Mr. Hernandez could get his affairs in order and assist his wife and two kids under the age of 2 in determining how they would manage during his absence. *See* PSR ¶ 59, ECF No. 30. At the time of his sentencing, Mr. Hernandez and his family resided in Tennessee.

    While he was incarcerated, his wife and two children moved from Tennessee to Milo, Missouri, which is in the Western District of Missouri. Since his release on June 21, 2024, Mr. Hernandez has been living in Washington, D.C. and trying to find a way to live with his family. He has no connections to D.C. As the Court is aware from Mr. Hernandez's prior motion and reply, he is currently working with the Probation Office to transfer to the District of Tennessee. Mr. Hernandez has employment and housing lined up in Memphis.

While this transfer process is pending, and since his release from prison, Mr. Hernandez has requested approval to travel to Missouri to visit his wife and two young children. Probation refuses to permit Mr. Hernandez to travel until he is "stable." This has resulted in Mr. Hernandez being unable to see his family for the last 2.5 months since his release. Mr. Hernandez has passed all drug tests and complied with his conditions of release. He just wants to see his family and it is much more difficult for his wife and two children under the age of four to travel to Washington, D.C. to visit him.

Counsel contacted the Probation Office to determine why Mr. Hernandez is not being permitted to travel and visit his family. Probation stated that Mr. Hernandez is not entitled to travel and they wanted him to be "stable" before he traveled. Mr. Hernandez has done everything he can to create stability, but he does not (nor should he) want to live in D.C. Mr. Hernandez should not be prevented from visiting his family just because a transfer is pending.

Counsel for Mr. Hernandez contacted the government for their position on this request, but did not receive a response prior to filing this motion.

Therefore, Mr. Hernandez respectfully requests that the Court grant this motion and order the Probation Office to permit Mr. Hernandez to travel to Missouri to visit his family from Friday, September 6 to Friday, September 13, 2024.

> Respectfully submitted,
>
> /s/
> _____
> Diane Shrewsbury
> Assistant Federal Public Defender
> 625 Indiana Avenue, N.W.
> Suite 550
> Washington, D.C. 20004
> (202) 208-7500