UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSHUA LEE HERNANDEZ**<br><br>Defendant. | **Case No. 22-cr-42 (CRC)** |

## GOVERNMENT'S REQUEST FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION TO TRAVEL

The defendant, Joshua Lee Hernandez, has filed a motion to travel to visit his family in Missouri. ECF 48. Today, at 5:26 p.m., the government was contacted for our position. Hernandez filed his motion at 6:10 p.m. In order to properly respond, we request one or two days to confer with U.S. Probation.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

      By:      */S/ Brian D. Brady*
                    Brian D. Brady
                    DC Bar No. 1674360
                    Assistant United States Attorney
                    601 D Street, N.W.
                    Washington, D.C. 20579
                    Phone: (202) 834-1916