UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JOSHUA LEE HERNANDEZ** <br><br>     Defendant. | Case No. 22-cr-42 (CRC) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TRAVEL**

The defendant, Joshua Lee Hernandez, has filed a motion to travel to visit his family in Missouri. ECF 48. The government spoke to U.S. Probation who relayed that Hernandez is still in the process of completing the steps necessary to transfer of curtesy supervision probation to the Western District of Tennessee. As of 11:24 a.m. this morning, U.S. Probation's position on Hernandez's motion is:

> While Mr. Hernandez remains compliant with his conditions of supervised release, his residence and employment remains unstable. Our office has been working diligently with the Western District of Tennessee (W/TN), to transfer courtesy supervision, which is still pending approval. We are anticipating an official response from the W/TN by September 9, 2024, and at that time our office will allow Mr. Hernandez to facilitate relocating his family immediately to TN via MO.

(continued on next page)

Based on the reasons articulated in the government's previous response (ECF No. 46) and the stance of the U.S. Probation, the government defers to U.S. Probation's determination and opposes Hernandez's request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /S/ Brian D. Brady
Brian D. Brady
DC Bar No. 1674360
Assistant United States Attorney
 601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 834-1916

2